UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ONIS CARRABINE POTTER,

    Plaintiff,

v.

STATE OF IDAHO,

    Defendant.

Case No. 23-cv-05058-JCS (PR)

**ORDER OF TRANSFER**

In this federal habeas action, petitioner, who is housed at the Sacramento County Jail, challenges convictions he received in Idaho, yet he also appears to challenge his current detention in Sacramento on an Idaho warrant.[1] Because he is being held in Sacramento and appears to challenge his detention there, this action is TRANSFERRED to the Eastern District of California. 28 U.S.C. §§ 84(b), 1404(a), 2241(d); Habeas L.R. 2254-3(b). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

Dated: October 25, 2023

JOSEPH C. SPERO
United States Magistrate Judge

---

[1] Appended to his habeas petition is a civil rights complaint naming defendants in the Eastern District. (Pet., Dkt. No. 5 at 7-9.)